IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-2-H-6

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| MALCOLM HARVEY | : |

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, Malcolm Harvey, on May 11, 2015 to violations of 18 U.S.C. §§ 924(c)(1)(A) and 2, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit:

A Springfield Armory XD-9 9mm, serial number MG749518;

A Ruger .22 caliber Mark III handgun, serial number 229-34063;

An H&R Model 633 Revolver, serial number 510581;

A 7.62 caliber black firearm marked #000049 and #EC62234, EW Bank Mfg. (EMAKM);

A Rigarmi Brescia .25 Caliber, serial number 98372; and,

any and all accompanying ammunition; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed.

1

R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant MALCOLM HARVEY, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 4th day of Aug, 2015.

MALCOLM J. HOWARD
Senior United States District Judge